1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VIDA DIVINA, LLC, et al.,

      Plaintiff(s),

v.

T1 PAYMENTS, LLC,

      Defendant(s).

Case No. 2:21-cv-01005-JCM-NJK

**ORDER**

10
11
12
13

      On February 24, 2023, the Court entered a bankruptcy stay with the requirement to file a joint status report within 14 days of completion of the bankruptcy proceedings. Docket No. 19. To date, no status report has been filed. Accordingly, the parties are ORDERED to file a status report by August 6, 2025, and every 90 days thereafter until the bankruptcy stay is lifted.

14
      IT IS SO ORDERED.

15
      Dated: July 28, 2025

16
17

_____

Nancy J. Koppe
United States Magistrate Judge

18
19
20
21
22
23
24
25
26
27
28

1