# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VIDA DIVINA, LLC, *et al.*,<br>　　Plaintiffs,<br>v.<br>T1 PAYMENTS, LLC,<br>　　Defendant. | Case No.: 2:21-cv-01005-JCM-NJK<br>**Order**<br>[Docket No. 22] |

Pending before the Court is a motion to withdraw as counsel for Defendant. Docket No. 22. Any response must be filed by August 13, 2025. The Court hereby **SETS** a hearing on the motion for 10:00 a.m. on August 27, 2025, in Courtroom 3C. Defendant, Defendant's counsel, and any newly retained counsel for Defendant must appear personally at the hearing.

Defendant's counsel must serve a copy of the motion to withdraw and of this order on Defendant and must file a proof of service no later than August 6, 2025.

Unless and until the Court grants this motion, counsel of record for Defendant remain its counsel and must comply with all deadlines set by the Court, as well as all requirements of representation.

IT IS SO ORDERED.

Dated: August 4, 2025.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE