# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VIDA DIVINA, LLC, et al.,

    Plaintiff(s),

v.

T1 PAYMENTS, LLC,

    Defendant(s).

Case No. 2:21-cv-01005-JCM-NJK

**ORDER**

On February 24, 2023, the Court entered a bankruptcy stay with the requirement to file a joint status report within 14 days of completion of the bankruptcy proceedings. Docket No. 19. To date, no status report has been filed. On July 28, 2025, the Court ordered the parties to file a status report by August 6, 2025, and every 90 days thereafter until the bankruptcy stay is lifted. Docket No. 21. The parties violated that order.

The parties are **ORDERED** to file a joint status report by August 14, 2025, and every 90 days thereafter until the bankruptcy stay is lifted. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: August 7, 2025

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge