# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VIDA DIVINA, LLC, et al., <br>     Plaintiff(s), <br> v. <br> T1 PAYMENTS, LLC, <br>     Defendant(s). | Case No. 2:21-cv-01005-JCM-NJK <br><br> **ORDER** <br><br> [Docket No. 22] |

Pending before the Court is a motion to withdraw as counsel for Defendant T1 Payments. Docket No. 22. This case is currently subject to a bankruptcy stay given the notice of bankruptcy by T1 Payments. *See* Docket No. 18-19. Counsel has not explained why it would be appropriate to withdraw while the bankruptcy stay remains in effect in this case. *Cf. Grzywa v. Alliance Mech., Inc.*, 2013 U.S. Dist. LEXIS 118049, at *2 (D. Nev. June 24, 2013). Accordingly, the motion to withdraw is **DENIED** without prejudice. The hearing set on that motion is **VACATED**.

IT IS SO ORDERED.

Dated: August 7, 2025

                                                Nancy J. Koppe <br>
                                                United States Magistrate Judge