# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VIDA DIVINA, LLC, et al.,

    Plaintiff(s),

v.

T1 PAYMENTS, LLC,

    Defendant(s).

Case No. 2:21-cv-01005-JCM-NJK

**ORDER**

On August 20, 2025, United States District Judge James C. Mahan ordered the parties to file a discovery plan by September 3, 2025. *See* Docket No. 28. The parties violated that order. The parties must file a discovery plan by September 16, 2025. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: September 9, 2025

                                                          Nancy J. Koppe
United States Magistrate Judge