AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Vida Divina, LLC

                    Plaintiff,

    v.

T1 Payments, LLC et al

                   Defendants.

DEFAULT
JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-01005-JCM-NJK

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

DEFAULT JUDGMENT entered in favor of Plaintiff, Vida Divina, LLC, Gaia Ethnobotanical, LLC, and against Defendant, T1 Payments, LLC, for failure to comply with the court's orders.

03/30/2026
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ ALZ
_____
Deputy Clerk