UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

VIDA DAVINA, LLC,

Plaintiff,

v.

T1 PAYMENTS, LLC,

Defendant.

Case No. 2:21-cv-01005-JCM-NJK

**ORDER**

Federal Rule of Civil Procedure 41(b) provides that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). This court also has the inherent power to *sua sponte* dismiss a case for want of prosecution or compliance with court orders. *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962); *Pagtalunan v. Galaza*, 291 F.3d 639, 640–43 (9th Cir. 2002); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). This inherent power is codified in this court's local rules. Local Rule 41-1 provides that "[a]ll civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte or on the motion of an attorney or pro se party." LR 41-1.

On July 7, 2026, the court notified the parties that "[i]f no action is taken in this case within 30 days, the Court will enter an order of dismissal for want of prosecution." (ECF No. 39). No response has been filed.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this matter be, and the same hereby is, DISMISSED for want of prosecution. The clerk of court is to close this case.

Dated this 21st day of August, 2026.

James C. Mahan

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE